# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129701 & (50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND NORMAN RUDDER,
      Defendant-Appellant.

SC: 129701
COA: 255069
Wayne CC: 02-015154-01

_____/

      On order of the Court, the application for leave to appeal the August 23, 2005 judgment of the Court of Appeals and the motion to supplement are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

t0320

_____
Clerk